IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-06-0274-JSW |
| | ) |
| Plaintiff, | ) |
| | ) ~~[PROPOSED]~~ AMENDMENT TO |
| vs. | ) JUDGMENT AND COMMITMENT ORDER |
| | ) |
| ELIAS ALCAZAR-GONZALEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Amended Judgment in the above-captioned case, filed on July 24, 2006, be further amended and corrected. The defendant's term of imprisonment shall be four (4) months, with credit for time served, in order to comply with the terms of the plea agreement and the intention of this Court that Mr. Alcazar-Gonzalez was to be sentenced to no further time in custody following the sentencing date of July 20, 2006. ~~All other terms and conditions reflected in the July 24, 2006 Amended Judgment that are not inconsistent with this order shall remain in full force and effect~~ A second amended judgment and commitment order shall issue.

DATE July 28, 2006

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1